| | |
|---|---|
| 1 | **J. MICHAEL KALER**, SBN 158296 |
| 2 | KALER LAW OFFICES |
|   | 9930 Mesa Rim Road, Suite 200 |
| 3 | San Diego, California 92121 |
| 4 | Telephone (858) 362-3151 |
| 5 | **MELODY A. KRAMER**, SBN 169984 |
| 6 | KRAMER LAW OFFICE |
|   | 9930 Mesa Rim Road, Suite 1600 |
| 7 | San Diego, California 92121 |
| 8 | Telephone (858) 362-3150 |

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

FILED OCT 30 PM 2:13 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No. |
| Plaintiff | **NOTICE OF RELATED CASES** |
| v. | |
| FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100, | |
| Defendants. | |

BZ

Pursuant to Local Civil Rule 3-12, Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives notice of pending cases related to the present case.

Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"):

*Jens Erik Sorensen as Trustee of The Sorensen Research and Development Trust v. The Black & Decker Corporation, et al*, Civil Case No.: 06CV1572BTN CAB, filed in the Federal District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Black & Decker and its suppliers. The case has been stayed. Transfer is not recommended.

*American Safety Razor Co. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV00730HHK, filed in the Federal District Court for the District of Columbia. Complaint was filed April 20, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet.

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV02690, filed in the Federal District Court for the Northern District of Illinois. Complaint was filed May 11, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet.

DATED this 29th [25th crossed out] day of October, 2007.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

J. Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorneys for Plaintiff

Case No. _____