UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jens Erik Sorensen, as Trustee of Sorensen Research & Development Trust

    Plaintiff(s),

v.

First International Digital, Inc., an Illinois corporation

    Defendant(s).

No. C 07 5525 BZ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/08/07

Signature: /s/

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")