1 | J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 075525 JSW<br><br>**PROOF OF SERVICE OF ORDER SETTING CMC AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

I, Evgenia S. Bjork, declare:

I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121.

On November 15, 2007, I served the following documents:
**Order Setting CMC and Requiring Joint CMC Statement (Docket #8)**
**Reassignment Order (Docket #7)**
**Notice of Impending Reassignment to US District Judge (Docket #6)**
**Plaintiff's Declination to Proceed before Magistrate Judge (Docket #5)**
**Report to USPTO (Docket #4)**

on the party to this action as follows:

First International Digital, INC.
C/o Registered Agent for Service of Process
Shay-Ping T Wang
1701 Edgewood Lane
Long Grove, IL 60047

by the following method of service:

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☒ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☐ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Northern District of California.

I declare that the foregoing is true and correct, and this declaration was executed on this 15 day of November 2007, in San Diego, California.

Evgenia S. Björk

Case No. cv 07-5525 JSW

2.