# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVLEOPMENT TRUST, | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| FIRST INTERNATIONAL DIGITAL, INC., an Illinois corporation; and DOES 1-100 | |

TO: (Name and address of defendant)

FIRST INTERNATIONAL DIGITAL, INC.
c/o Registered Agent for Service of Process
Shay-Ping T Wang
1701 Edgewood Lane
Long Grove, IL 60047

**BZ**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler, Esq.
Kaler Law Office
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE OCT 3 0 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/09/07 |
| NAME OF SERVER *(PRINT)* Melody A. Kramer | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Served by Certified Mail. Address where served: Shay-Ping T Wang, 1701 Edgewood Lane, Long Grove, IL 60047

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $6.96 | TOTAL $6.96 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/2007
             Date

*Signature of Server*
Melody A. Kramer

9930 Mesa Rim Rd., San Diego, CA 92121
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com