1

2

3

4

**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

5

6

7

8

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

9

10

11

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

12

13

14

15

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) ) ) ) | Case No. C 075525 JSW |
| Plaintiff | ) | **FIRST AMENDED** |
| v. | ) | **NOTICE OF RELATED CASES** |
| | ) | |
| FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100, | ) ) ) | |
| Defendants. | ) ) | |

25

26

27

28

Pursuant to Local Civil Rule 3-12, Plaintiff JENS E. SORENSEN, as

TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST

("SRDT"), hereby gives <u>amended</u> notice of pending cases related to the present case.

1    Specifically, SRDT gives notice of the following related cases that all arise

2  from alleged infringement of United States Patent Number 4,935,184 ("the '184

3  patent"):

4    *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

5  *Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 06CV1572BTN

6  CAB, filed in the Federal District Court for the Southern District of California.

7  Plaintiff alleges infringement of the '184 patent by Black & Decker and its suppliers.

8  The case has been stayed.  Transfer is not recommended.

9    *American Safety Razor Co. v. Sorensen Research & Development Trust.* Civil

10  Case No.: 07CV00730HHK, filed in the Federal District Court for the District of

11  Columbia.  Complaint was filed April 20, 2007.  Plaintiff seeks declaratory judgment

12  that the '184 patent is invalid and not infringed by them.  No summons has been

13  issued or served yet.

14    *DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case

15  No.: 07CV02690, filed in the Federal District Court for the Northern District of

16  Illinois.  Complaint was filed May 11, 2007.  Plaintiff seeks declaratory judgment

17  that the '184 patent is invalid and not infringed by them.  No summons has been

18  issued or served yet.

19    *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

20  *Trust v. Digital Networks North America, Inc., et al*, Case No. C075568, filed

21  November 1, 2007 in the United States District Court for the Northern District of

22  California.  Plaintiff alleges infringement of the '184 patent.  Amended Complaint

23  filed; Answer pending.  Consolidation is not recommended because case involves

24  different parties and different products.

25    *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

26  *Trust v. Giant International, Inc., et al*, Case No. 07-CV-2121, filed November 6,

27  2007 in the United States District Court for the Southern District of California.

28  Plaintiff alleges infringement of the '184 patent.  Initial pleadings exchanged; ENE

set for January 28, 2008.  Transfer is not recommended.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 07cv2278 IEG LSP, filed December 4, 2007 in the United States District Court for the Southern District of California.  Plaintiff alleges infringement of the '184 patent.  Transfer is not recommended.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 07cv2277 JAH BLM, filed December 4, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent.  Transfer is not recommended.


DATED this 5th day of December, 2007.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> /s/ Melody A. Kramer
>
> _____
> J. Michael Kaler, Esq.
> Melody A. Kramer, Esq.
> Attorneys for Plaintiff