1 | **MELODY A. KRAMER**, SBN 169984
2 | KRAMER LAW OFFICE
3 | 9930 Mesa Rim Road, Suite 1600
4 | San Diego, California 92121
  | Telephone (858) 362-3150

5 | **J. MICHAEL KALER**, SBN 158296
6 | KALER LAW OFFICES
7 | 9930 Mesa Rim Road, Suite 200
8 | San Diego, California 92121
  | Telephone (858) 362-3151

10 | Attorneys for Plaintiff JENS ERIK SORENSEN,
11 | as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100, <br><br> Defendants. | Case No. CV 075525 JSW <br><br> **REQUEST FOR ENTRY OF DEFAULT and DEFAULT JUDGMENT AGAINST DEFENDANT FIRST INTERNATIONAL DIGITAL, INC.** |

TO THE CLERK:

PLAINTIFF Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT") hereby requests the clerk to enter DEFENDANT First

International Digital, Inc.'s ("FID") default pursuant to Fed.R.Civ.P. Rule 55(a) and (b).

On November 9, 2007, Defendant FID was served by certified mail pursuant to Fed.R.Civ.P. Rule 4 and *California Code of Civil Procedure* § 415.40.  Pursuant to statute, the effective date of service when certified mail service is accomplished is 10 days after the date of mailing, or November 19, 2007.

Defendant FID's responsive pleading was due on or before December 10, 2007.  No responsive pleading was filed, thereby placing FID in default.

Furthermore, Plaintiff's claim is for a sum certain and is supported herewith by an Affidavit of Plaintiff's counsel, Melody A. Kramer, thereby allowing the Clerk to enter judgment for that amount and costs.

WHEREFORE, Plaintiff requests the Clerk to (1) enter default against Defendant First International Digital, Inc.; and (2) to enter judgment in favor of Plaintiff and against Defendant First International Digital, Inc., in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00), plus costs of $356.96, plus reasonable attorney fees of $2,512.50.

DATED this 12th day of December, 2007.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff