**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 075525 JSW<br><br>**AFFIDAVIT OF MELODY A. KRAMER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT and DEFAULT JUDGMENT AGAINST DEFENDANT FIRST INTERNATIONAL DIGITAL, INC.** |

//

//

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Defendant Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. This Declaration is being submitted in conjunction with Plaintiff's Request for Default and Default Judgment Against Defendant First International Digital, Inc.

4. The Complaint in this matter requested a sum certain for patent infringement, specifically, One Million Five Hundred Thousand Dollars ($1,500,000.00) (see paragraph 113 of allegations and paragraph f of Prayers for Relief).

5. Plaintiff is entitled to the requested dollar amount based upon calculations of reasonably royalties on sales of the accused infringing products given to Plaintiff by First International Digital, Inc. pre-litigation.

6. In addition, Plaintiff has expended $356.96 in costs ($350.00 filing fee, and $6.96 certified mail service fee).

7. Furthermore, Plaintiff's counsel (the undersigned) has expended 6.7 hours at a reasonable hourly rate of $375.00/hour in preparing the pleadings in this case, including this Request for Default, and reviewing other court filings for a total attorney fee amount of $2,512.50.

//

1
2   SWORN TO under penalty of perjury of the laws of the State of California
3   and the United States, this 12th day of December, 2007.
4
5
6                                          /s/ Melody A. Kramer
7
                                           Melody A. Kramer, Esq.
8                                          Attorney for Plaintiff
                                           mak@kramerlawip.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28