UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                    Plaintiff<br>  v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>                    Defendants. | Case No. CV 075525 JSW<br><br>**NOTATION OF DEFAULT BY DEFENDANT FIRST INTERNATIONAL DIGITAL, INC.** |

    I, _____, Clerk of the Court for the United States District Court for the Northern District of California, do hereby certify that Defendant First International Digital, Inc. has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant First International Digital, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

1   DATED this ____ day of December, 2007.
2
3
4
                                    _____
                                    Clerk of the Court
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.