UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>      Plaintiff<br> v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>      Defendants. | Case No. CV 075525 JSW<br><br>**[PROPOSED]**<br>**DEFAULT JUDGMENT AGAINST DEFENDANT FIRST INTERNATIONAL DIGITAL, INC.** |

  The summons and complaint in this action having been duly served on the above-named Defendant First International Digital, Inc. on November 9, 2007 (with effective service date of November 19, 2007), and said Defendant having failed to plead or otherwise defend in this action, said default having been duly noted, and a sum certain due being supported by Affidavit,

  IT IS NOW ORDERED and ADJUDGED that PLAINTIFF Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust, shall have

judgment against DEFENDANT First International Digital, Inc., an Illinois corporation, as follows:

    1.    One Million Five Hundred Thousand Dollars ($1,500,000.00);

    2.    Costs of $356.96;

    3.    Reasonable attorney fees of Two Thousand Five Hundred Twelve and 50/100's ($2,512.50); and

    4.    Interest thereon at the statutory rate from the date of this order until paid.

DATED this ____ day of December, 2007.

_____