**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>　　　　　　　　Defendants. | Case No. CV 075525 JSW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Melody A. Kramer, declare:

I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 years and not a party to the within action.

1  My business address is 9930 Mesa Rim Road, Suite 1600, San Diego, CA
2  92121. I am a member of the State Bar of California.
3  On November 9, 2007 I served the following documents:

**SUMMONS and COMPLAINT**

**CIVIL COVER SHEET, NOTICE OF RELATED CASES, ECF INFORMATION HANDOUT, AND COPY OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the parties to this action as follows:

First International Digital, Inc.
c/o Registered Agent for Service of Process
Shay-Ping T Wang
1701 Edgewood Lane
Long Grove, IL 60047

By U.S. Mail – Certified Mail, Return Receipt Requested. I deposited or caused to be deposited with the U.S. Postal Service is a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee as per the requirements of *Federal Rules of Civil Procedure*, Rule $4^1$ which incorporates by reference *California Code of Civil Procedure* §$415.40^2$. A copy of the Certified Mail Receipt is attached hereto.

I declare that the foregoing is true and correct, and this declaration was executed on this 18th day of December, 2007, in San Diego, California.

*/s/ Melody A. Kramer*

Melody A. Kramer, Esq.
Attorney for Plaintiff

2.

Case No. cv 07-5525 JSW

---

[1] (h) Serving a Corporation, Partnership, or Association.

Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:

    (1) in a judicial district of the United States:

    (A) in the manner prescribed by Rule 4(e)(1) for serving an individual; . . .

*Fed.R.Civ.P.* Rule 4(h)(1)(A).

    (e) Serving an Individual Within a Judicial District of the United States.

    Unless federal law provides otherwise, an individual — other than a minor, an incompetent person, or a person whose waiver has been filed — may be served in a judicial district of the United States by:

    (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

*Fed.R.Civ.P.* Rule 4(e)(1).

[2] A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing.

*California Code of Civil Procedure* § 415.40.