**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 20, 2007

RE:  <u>CV 07-05525 JSW</u>     <u>JENS ERIK SORENSEN-v- FIRST INTERNATIONAL DIGITAL</u>

Default is declined as to First International Digital, Inc. on 12/20/07.


RICHARD W. WIEKING, Clerk

*[signature]*

by:  <u>Hilary D. Jackson</u>
Case Systems Administrator