1  **MELODY A. KRAMER**, SBN 169984
2  KRAMER LAW OFFICE
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150

5  **J. MICHAEL KALER**, SBN 158296
   KALER LAW OFFICES
6  9930 Mesa Rim Road, Suite 200
7  San Diego, California 92121
   Telephone (858) 362-3151
8

9
   Attorneys for Plaintiff JENS ERIK SORENSEN,
10 as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
11

12
                UNITED STATES DISTRICT COURT
13
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15
   JENS ERIK SORENSEN, as Trustee of  )  Case No. CV 075525 JSW
16 SORENSEN RESEARCH AND              )
17 DEVELOPMENT TRUST,                 )
                                      )  **AMENDED**
18                       Plaintiff    )  **PROOF OF SERVICE OF**
19    v.                              )  **SUMMONS AND COMPLAINT**
                                      )
20 FIRST INTERNATIONAL DIGITAL,       )
21 INC. an Illinois corporation; and DOES 1- )
   100,                               )
22                                    )
23                       Defendants.  )

24

25         I, Melody A. Kramer, declare:
26         I am and was at the time of this service working within the County of San
27 Diego, California. I am over the age of 18 years and not a party to the within action.
28

My business address is 9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121. I am a member of the State Bar of California.

On November 9, 2007 I served the following documents:

**SUMMONS and COMPLAINT**

**CIVIL COVER SHEET, NOTICE OF RELATED CASES, ECF INFORMATION HANDOUT, AND COPY OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the parties to this action as follows:

> First International Digital, Inc.
> c/o Registered Agent for Service of Process
> Shay-Ping T Wang
> 1701 Edgewood Lane
> Long Grove, IL 60047

By U.S. Mail – Certified Mail, Return Receipt Requested. I deposited or caused to be deposited with the U.S. Postal Service is a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee as per the requirements of *Federal Rules of Civil Procedure*, Rule $4^1$ which incorporates by reference *California Code of Civil Procedure* §$415.40^2$. A copy of the Certified Mail Receipt <u>and a delivery confirmation letter from the United States Post Office</u> is attached hereto.

I declare that the foregoing is true and correct, and this declaration was executed on this 4th day of January, 2008, in San Diego, California.

*/s/ Melody A. Kramer*

Melody A. Kramer, Esq.
Attorney for Plaintiff

2.

Case No. cv 07-5525 JSW

---

[1] (h) Serving a Corporation, Partnership, or Association.

Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:

    (1) in a judicial district of the United States:

    (A) in the manner prescribed by Rule 4(e)(1) for serving an individual; . . .

*Fed.R.Civ.P.* Rule 4(h)(1)(A).

    (e) Serving an Individual Within a Judicial District of the United States.

    Unless federal law provides otherwise, an individual — other than a minor, an incompetent person, or a person whose waiver has been filed — may be served in a judicial district of the United States by:

    (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

*Fed.R.Civ.P.* Rule 4(e)(1).

[2] A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing.

*California Code of Civil Procedure* § 415.40.





# UNITED STATES POSTAL SERVICE.

Date: 01/03/2008

Fax Transmission To: MELODY KRAMER
Fax Number: 858-824-9073

Dear: MELODY KRAMER:

The following is in response to your 01/03/2008 request for delivery information on your Certified item number 7003 3110 0003 3011 8706. The delivery record shows that this item was delivered on 11/13/2007 at 01:38 PM in LAKE ZURICH, IL 60047. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service