1 | **MELODY A. KRAMER**, SBN 169984
2 | KRAMER LAW OFFICE
3 | 9930 Mesa Rim Road, Suite 1600
4 | San Diego, California 92121
  | Telephone (858) 362-3150

5 | **J. MICHAEL KALER**, SBN 158296
6 | KALER LAW OFFICES
7 | 9930 Mesa Rim Road, Suite 200
8 | San Diego, California 92121
  | Telephone (858) 362-3151

10 | Attorneys for Plaintiff JENS ERIK SORENSEN,
11 | as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100, <br><br> Defendants. | Case No. CV 075525 JSW <br><br> **RENEWED REQUEST FOR ENTRY OF DEFAULT and DEFAULT JUDGMENT AGAINST DEFENDANT FIRST INTERNATIONAL DIGITAL, INC.** |

TO THE CLERK:

   PLAINTIFF Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT") hereby requests the clerk to enter DEFENDANT First

1  International Digital, Inc.'s ("FID") default pursuant to Fed.R.Civ.P. Rule 55(a) and
2  (b).
3       On November 9, 2007, Defendant FID was served by certified mail pursuant
4  to Fed.R.Civ.P. Rule 4 and *California Code of Civil Procedure* § 415.40.  Pursuant
5  to statute, the effective date of service when certified mail service is accomplished is
6  10 days after the date of mailing, or November 19, 2007.  <u>Plaintiff has filed an
7  Amended Proof of Service of the Summons and Complaint attaching copies of the
8  certified mail receipt and the delivery confirmation letter from the United States
9  Post Office.</u>
10       Defendant FID's responsive pleading was due on or before December 10,
11  2007.  No responsive pleading was filed, thereby placing FID in default.
12  <u>Furthermore, Plaintiff was advised by counsel for FID that no responsive pleading
13  would be filed.  See Affidavit of Melody A. Kramer, paragraph 4.</u>
14       Furthermore, Plaintiff's claim is for a sum certain and is supported herewith
15  by an Affidavit of Plaintiff's counsel, Melody A. Kramer, thereby allowing the
16  Clerk to enter judgment for that amount and costs.
17       WHEREFORE, Plaintiff requests the Clerk to (1) enter default against
18  Defendant First International Digital, Inc.; and (2) to enter judgment in favor of
19  Plaintiff and against Defendant First International Digital, Inc., in the amount of
20  One Million Five Hundred Thousand Dollars ($1,500,000.00), plus costs of
21  $356.96, plus reasonable attorney fees of $2,512.50.
22  DATED this 4th day of January, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

---

Melody A. Kramer, Esq.
Attorney for Plaintiff

2.

Case No. cv 07-5525 JSW