**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 10, 2008

RE:  CV 07-05525 JSW          JENS ERIK SORENSEN-v- FIRST INTERNATIONAL DIGITAL

Default is entered as to First International Digital, Inc. on January 10, 2008 .

RICHARD W. WIEKING, Clerk

by Hilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89