IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN,

    Plaintiff,

v.

FIRST INTERNATIONAL DIGITAL,

    Defendant.

                                          /

No. C 07-05525 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, Plaintiff's motion for default judgment filed on January 4, 2008 is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: January 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom