1  **MELODY A. KRAMER**, SBN 169984
2  KRAMER LAW OFFICE
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150

5  **J. MICHAEL KALER**, SBN 158296
6  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
7  San Diego, California 92121
8  Telephone (858) 362-3151

9

10 Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
11 DEVELOPMENT TRUST

12

13
                UNITED STATES DISTRICT COURT
14
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | JENS ERIK SORENSEN, as Trustee of   ) Case No. C 075525 JSW
17 | SORENSEN RESEARCH AND               )
   | DEVELOPMENT TRUST,                  )
18 |                                     )
19 |                    Plaintiff        ) **SECOND AMENDED NOTICE OF**
   |    v.                               ) **RELATED CASES**
20 |                                     )
21 | FIRST INTERNATIONAL DIGITAL,        )
   | INC. an Illinois corporation; and DOES )
22 | 1-100,                               )
23 |                                     )
   |                    Defendants.      )
24

25

26     Pursuant to Local Civil Rule 3-12, Plaintiff JENS E. SORENSEN, as
27 TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST
28

("SRDT"), hereby gives SECOND AMENDED notice of pending cases related to the present case.

Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"):

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Complaint is out for service. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Complaint is out for service. Consolidation is not recommended because this related case involves different parties and has a single different product at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed January 10, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Complaint is out for service. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB, filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Answer is not yet due. Consolidation is not recommended because this related case involves

different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Complaint is out for service. Consolidation is not recommended because this related case involves different parties and has different unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Answer is not yet due. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case No. 07-cv-04167 RBH, filed December 31, 2007 in the United States District Court for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them, and also makes an unfair trade practices claim. No summons or complaint have been served. Transfer is not recommended because case involves different parties and different products, and adds a state law cause of action.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Energizer Holdings, Inc., et al*, Case No. 3:07-CV-2321-BTM-CAB, filed December 11, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Defendants. Answer due January 31, 2008. Transfer is not recommended because case involves different parties and different products.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. The Black & Decker Corporation, et al,* Case No.: 3:06-CV-1572-BTM-

1
2
3
4

CAB, filed August 7, 2006 in the Federal District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Black & Decker and its suppliers. The case has been stayed. Transfer is not recommended because case involves different parties and different products.

5
6
7
8
9

*American Safety Razor Co. v. Sorensen Research & Development Trust.* Civil Case No.: 07-CV-00730-HHK, filed in the Federal District Court for the District of Columbia. Complaint was filed April 20, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet. Transfer is not recommended.

10
11
12
13
14

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07-CV-02690, filed in the Federal District Court for the Northern District of Illinois. Complaint was filed May 11, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet. Transfer is not recommended.

15
16
17
18
19

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-cv-05568-JSW, filed November 1, 2007 in the United States District Court for the Northern District of California. Plaintiff alleges infringement of the '184 patent. The case has been stayed. Consolidation is not recommended.

20
21
22
23
24
25

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed November 6, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent. No answer has been filed yet. Transfer is not recommended because case involves different parties and different products.

26
27
28

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed December 4, 2007 in the United States District Court for the Southern District of

California. Plaintiff alleges infringement of the '184 patent. Complaint has been served. Transfer is not recommended because case involves different parties and different products.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December 4, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent. Complaint has been served. Transfer is not recommended because case involves different parties and different products.

DATED this 21st day of January, 2008.

                JENS ERIK SORENSEN, as Trustee of
                SORENSEN RESEARCH AND DEVELOPMENT
                TRUST, Plaintiff

\Melody A. Kramer\

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff