UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>FIRST INTERNATIONAL DIGITAL INC.,<br><br>        Defendant(s). | No.  C 07-5525 JSW (BZ)<br><br>**AMENDED ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Correction to Page Two, Paragraph 4, Line 11)** |

    By order dated January 11, 2008, the above matter was referred to Magistrate Judge Bernard Zimmerman to issue a report and recommendation regarding plaintiff's motion for default judgment.  It is hereby ordered that a hearing on plaintiff's motion is set for **Wednesday, March 5, 2008** at **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

    Plaintiff should be prepared to prove his damages by competent testimony or other admissible evidence.  If plaintiff intends to prove damages by affidavit or declaration, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all

1

evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter six of *Civil Procedure Before Trial* by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.  If plaintiff wishes to file additional evidence to prove his claims for damages, he should file it by **Wednesday, January 30, 2008**.

Defendant should attend the hearing if it contests the validity or amount of plaintiff's claim.

Seven days before the hearing, on **Wednesday, March 5, 2008**, plaintiff shall file and deliver a copy directly to chambers, a declaration setting forth in detail all steps taken to locate defendant and serve it with notice of this hearing.  If defendant actually received service, plaintiff's affidavit should so state, including plaintiff's basis for this knowledge.

Dated: January 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SORENSEN V. FIRST INTERNATIONAL DIGITAL\ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT.wpd