**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 07 55 25 JSW (BZ)<br><br>**DECLARATION OF MELODY A. KRAMER DETAILING STEPS TAKEN TO PROVIDE DEFENDANT WITH NOTICE OF THIS HEARING**<br><br>Date: March 5, 2008<br>Time: 10:00 a.m.<br>Courtroom G – 15th Floor<br>Judge: Bernard Zimmerman |

//

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. The following details the steps I have taken on behalf of my client to provide the defaulting Defendant, First International Digital, Inc. ("FID"), of these default proceedings. Based upon the following information, it is my belief that that FID and its representatives actually received notice of this suit, did not intend to file any responsive pleading, understood that this matter would proceed to default, and is aware that these default proceedings are occurring.

4. Prior to filing this case, I located publicly available records from the Illinois Secretary of State's office identifying Defendant First International Digital, Inc.'s Registered Agent for Service address as Shay-Ping T Wang, 1701 Edgewood Ln., Long Grove, IL 60047. A true and correct copy of the printout from the official website is attached hereto as Exhibit A.

5. Prior to filing of this case, I became aware that FID, on or about April 19, 2007, had executed an Assignment for Benefit of Creditors with Assignee being David Abrams of Chicago, Illinois. Plaintiff filed a formal claim against the FID assets and also requested permission to review FID's records.

6. On October 24, 2007 I received an email from Mr. Jacobson of Mr. Abrams' office stated that after speaking with the "principal of FID Inc." (who, upon information and belief, is Shay-Ping T. Wang), they were refusing to acknowledge Plaintiff as a creditor of FID. He furthermore stated that "If you have obtained a judgment against FID or do in the future . . . we will grant you access to the [FID] records."

7. The Complaint in this matter was filed on October 30, 2007 and subsequently served on FID's registered agent for service of process, Shay-Ping T. Want, as reflected in the Amended Summons Returned Executed (Docket #16) in this case.

8. In addition to formal service of process, on November 1, 2007, I sent a letter with a copy of the Complaint to Mr. Abrams and Mr. Jacobson.

9. Subsequently, I received a phone call and follow-up letter dated November 30, 2007 from attorney Chester Foster, attorney for Mr. Abrams. That call and letter confirmed that FID did not intend to defend this lawsuit, and that if my client obtained a judgment against FID, they could file a claim against the FID estate for the amount of the judgment.

10. On January 18, 2008, I served the "Order Scheduling Hearing on Plaintiff's Motion for Default Judgment on the Defendant First International Digital, Inc." by U.S. Certified Mail to the following address: Shay-Ping T Wang, 1701 Edgewood LN., Long Grove, IL 60047. A true and correct copy of the Proof of Service and Certified Mail Receipt is attached hereto as Exhibit B.

11. FID received service of the Order on January 22, 2008. A true and correct copy of the Domestic Return Receipt is attached hereto as Exhibit C.

12. On February 14, 2008, I caused my secretary, Evgenia Bjork, to deposit with the FedEx a copy of "Amended Order Scheduling Hearing on Plaintiff's Motion for Default Judgment" addressed to Mr. Foster. A true and correct copy of the Proof of Service is attached hereto as Exhibit D.

13. Mr. Foster received service of the above-named Order on February 15, 2008. A true and correct copy of the FedEx Shipment Delivery Confirmation is attached hereto as Exhibit E.

14. A copy of this Declaration is being sent to Mr. Foster and Mr. Wang, though not specifically required by the Court.

//

DATED this 26th day of February, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
Attorney for Plaintiff

**PROOF OF SERVICE**

I, Melody A. Kramer declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On February 26, 2008, I served on the parties to this action the following documents:

**DECLARATION OF MELODY A. KRAMER DETAILING STEPS TAKEN TO PROVIDE DEFENDANT WITH NOTICE OF THIS HEARING**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Chester H. Foster, Jr.<br>Foster, Kallen & Smith<br>3825 W. 192nd Street<br>Homewood, IL 60430 | Attorney for David Abrams, Assignee for First International Digital<br>*(no appearance filed in this case)* | Federal Express |
| Shay-Ping T. Wang<br>1701 Edgewood Ln.<br>Long Grove, IL 60047 | Registered Agent of First International Digital, Inc.<br>*(no appearance filed in this case)* | Federal Express |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

[X] (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, February 26, 2008, in San Diego, California.

/s/ Melody A. Kramer

Melody A. Kramer

# EXHIBIT A



SERVICES PROGRAMS PRESS PUBLICATIONS DEPARTMENTS CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | FIRST INTERNATIONAL DIGITAL, INC. | **File Number** | 60135916 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 09/21/1998 | **State** | ILLINOIS |
| **Agent Name** | SHAY-PING T WANG | **Agent Change Date** | 09/21/1998 |
| **Agent Street Address** | 1701 EDGEWOOD LN | **President Name & Address** | SHAY PING T WANG 135 WEST CENTRAL ROAD SCHAUMBURG 60195 |
| **Agent City** | LONG GROVE | **Secretary Name & Address** | SHAY PING T WANG SAME |
| **Agent Zip** | 60047 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 09/21/2006 | **For Year** | 2006 |

**Return to the Search Screen**

**Purchase Certificate of Good Standing**

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 075525 JSW (BZ)<br><br>**PROOF OF SERVICE** |

I, Melody A. Kramer, declare:

I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 years and not a party to the within action.

My business address is 9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121. I am a member of the State Bar of California.

On January 18, 2008 I served the following documents:

**Amended Proof of Service of Summons & Complaint**

**Renewed Request for Entry of Default Judgment Against FID**

**Affidavit of Melody Kramer in Support of Renewed Request for Entry of Default**

**[Proposed] Default Judgment against FID**

**Order Scheduling Hearing on Plaintiff's Motion for Default Judgment**

on the parties to this action as follows:

First International Digital, Inc.
c/o Registered Agent for Service of Process
Shay-Ping T Wang
1701 Edgewood Lane
Long Grove, IL 60047

By U.S. Mail – Certified Mail, Return Receipt Requested. I deposited or caused to be deposited with the U.S. Postal Service is a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee. A copy of the Certified Mail Receipt and a delivery confirmation letter from the United States Post Office is attached hereto.

I declare that the foregoing is true and correct, and this declaration was executed on this 18 day of February, 2008, in San Diego, California.

*/s/ Melody A. Kramer*

Melody A. Kramer, Esq.
Attorney for Plaintiff

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

LAKE ZURICH IL 60047

| | | |
|---|---|---|
| Postage | $ | $1.31 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.11 |

Postmark Here

Sent To First International Digital c/o Shay-Ping T Wang
Street, Apt. No.; or PO Box No. 1701 Edgewood Lane
City, State, ZIP+4 Long Grove, IL 60047

PS Form 3800, January 2001 See Reverse for Instructions

7001 0320 0004 3020 1496

# EXHIBIT C

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

First International Digital, Inc.
Shay-Ping T Wang
1701 Edgewood Lane
Long Grove, IL 60047

4a. Article Number
7001 0320 0004 3020 1496

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
1-22-08

5. Received By: *(Print Name)*
S. Wang

6. Signature: *(Addressee or Agent)*
X [signature]

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form **3811,** December 1994 102595-98-B-0229 Domestic Return Receipt

Thank you for using Return Receipt Service.

# EXHIBIT D

**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>FIRST INTERNATIONAL DIGITAL, INC. an Illinois corporation; and DOES 1-100,<br><br>Defendants. | ) | Case No. CV 075525 JSW (BZ)<br><br>**PROOF OF SERVICE** |

I, Evgenia Bjork, declare:

I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 years and not a party to the within action.

My business address is 9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121.

On February 14, 2008 I served the following documents:

**Renewed Request for Entry of Default Judgment Against FID**

**Affidavit of Melody Kramer in Support of Renewed Request for Entry of Default**

**[Proposed] Default Judgment against FID**

**Amended Order Scheduling Hearing on Plaintiff's Motion for Default Judgment**

on the parties to this action as follows:

Chester H. Foster, Jr.
Foster, Kallen & Smith
3825 W. 192nd Street
Homewood, IL 60430

By FedEx. I deposited with the FedEx a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee.

I declare that the foregoing is true and correct, and this declaration was executed on this 14 day of February, 2008, in San Diego, California.

/s/

Evgenia Bjork

# EXHIBIT E



Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Chester H. Foster<br>Foster, Kallen & Smith<br>3825 W. 192nd Street<br>Homewood, IL 60430<br>US<br>7087996300 | **Package type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared value:** | FedEx Envelope<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0 USD |
| **From:** | Melody A. Kramer<br>Kramer Law Office<br>9930 Mesa Rim Road<br>Suite 1600<br>San Diego, CA 92121<br>US<br>8588249090 | **Shipper account number:**<br>**Bill transportation to:**<br>**Courtesy rate quote:***<br>**Discounted variable %**<br>**Cod amount**<br>**Special services:**<br>**Shipment Purpose:** | 195263736<br>195263736<br>18.04 |
| **Tracking no:**<br>**Ship date:**<br>**Service type:** | 799273114873<br>Feb 14 2008<br>Standard Overnight | **Shipment type:**<br>**Commercial/Residential Status:** | Express<br>Commercial |

Print

Return to History | Track shipment

## Please note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

Close Window

Track Shipments/FedEx Kinko's Orders



Print

# Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 799273114873 | **Destination** | Homewood, IL |
| **Signed for by** | Signature release on file | **Delivered to** | Residence |
| **Ship date** | Feb 14, 2008 | **Service type** | Standard Envelope |
| **Delivery date** | Feb 15, 2008 2:34 PM | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Feb 15, 2008** | 2:34 PM | **Delivered** | Homewood, IL | Left at side door Package delivered to recipient address - release authorized |
| | 8:08 AM | On FedEx vehicle for delivery | SOUTH HOLLAND, IL | |
| | 7:25 AM | At local FedEx facility | SOUTH HOLLAND, IL | |
| | 4:30 AM | At dest sort facility | CHICAGO, IL | |
| | 4:45 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 2:07 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| **Feb 14, 2008** | 7:10 PM | Left origin | SAN DIEGO, CA | |
| | 5:00 PM | Package data transmitted to FedEx | | |
| | 3:53 PM | Picked up | SAN DIEGO, CA | |

E-mail results | Track more shipments/orders

**Subscribe to tracking updates (optional)**

**Your name:** **Your e-mail address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless