**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/05/2008**

**C07-5525 JSW (BZ)**

**Jens Erik Sorensen v. First International Digital Inc.**

Attorneys: Pltf: J. Michael Kaler
            Def: Not Present

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Joan Columbini; 10:02-10:17 (under seal)**

**PROCEEDINGS:**                                    **RULING:**

1. Plaintiff's Motion for Default Judgment           Matter Submitted
2. 

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Court will prepare an Order.  Plaintiff's witness sworn; Melody A. Kramer. Testimony of Ms. Kramer placed under seal.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____   Set for _____ days
                    Type of Trial:  ( )Jury     ( )Court
Notes: _____