IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN,

    Plaintiff,

v.

FIRST INTERNATIONAL DIGITAL and DOES 1-100,

    Defendants.

No. C 07-05525 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation re Plaintiff's Motion for Default Judgment. In his Report and Recommendation, Magistrate Judge Zimmerman recommends that this Court grant the motion with respect to Plaintiff's request for damages in form of reasonable royalties but deny the motion as to Plaintiff's request that the Court treble the damages and Plaintiff's request for reasonable attorneys' fees. There have been no objections filed thereto.

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's motion for entry of default judgment against defendant First International Digital Inc. is GRANTED with respect to Plaintiff's request for damages and DENIED as to Plaintiff's request for treble damages and attorneys' fees. Accordingly,

//
//
//

1 judgment shall be entered against defendant First International Digital Inc. finding infringement
2 and awarding damages in the amount of $500,000.

4 **IT IS SO ORDERED.**

6 Dated:   March 24, 2008

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE