IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, | |
|     Plaintiff, | No. C 07-05525 JSW |
| v. | |
| FIRST INTERNATIONAL DIGITAL and DOES 1-100, | **JUDGMENT** |
|     Defendants. | |

    Pursuant to this Court's Order adopting Magistrate Judge Zimmerman's Report and Recommendation re: Plaintiff's motion for entry of default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendant in the amount of $500,000 in damages.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 24, 2008

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE