**United States District Court**
For the Northern District of California

1

2

3

4

5
                    IN THE UNITED STATES DISTRICT COURT

6
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7   SORENSEN,                                    No. 07-05525 JSW

8           Plaintiff,

9       v.

10  FIRST INTERNATIONAL DIGITAL, INC.

11          Defendant

12  _____

13  SORENSEN                                     No. 07-05568 JSW

14          Plaintiff,

15      v.

16  DIGITAL NETWORKS OF NORTH AMERICA,

17          Defendant.

18  _____

19  SORENSEN,                                    No. 08-00096 CW

20          Plaintiff,
                                                 JUDICIAL REFERRAL
21      v.                                       FOR PURPOSE OF
                                                 DETERMINING
22  AMPRO TOOLS CORPORATION,                     RELATIONSHIP OF
                                                 CASES
23          Defendant.
    _____/

24

25
        Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers

26
    the above-captioned cases to District Judge Jeffrey S. White to

27
    consider whether these cases are related.  Parties shall file any

28

1  response in opposition to or in support of relating the cases

2  within five (5) days of receipt of this Order.

3

4                    3/26/08

5  Dated _____        _____
                                        CLAUDIA WILKEN
6                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                2