1  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE
2  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
3  Telephone (858) 362-3150

4
   J. MICHAEL KALER, SBN 158296
5  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
6  San Diego, California 92121
   Telephone (858) 362-3151
7  Email: michael@kalerlaw.com

8
   Attorneys for Plaintiff JENS ERIK SORENSEN,
9  as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST

10
                    UNITED STATES DISTRICT COURT
11
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 SORENSEN RESEARCH AND                     Case No. C 075525 JSW
   DEVELOPMENT TRUST,
14                      Plaintiff,
      v.                                     **PLAINTIFF'S RESPONSE TO JUDICIAL**
15                                           **REFERRAL FOR PURPOSE OF**
   FIRST INTERNATIONAL DIGITAL, INC.         **DETERMINING RELATIONSHIP OF**
16                                           **CASES**
                        Defendant.
17 _____       Case No. 07-05568 JSW
   SORENSEN RESEARCH AND
18 DEVELOPMENT TRUST,
                        Plaintiff,
19    v.
20
   DIGITAL NETWORKS NORTH AMERICA,
21                     Defendant.
22 _____       Case No. 08-00096 CW
   SORENSEN RESEARCH AND
23 DEVELOPMENT TRUST,
                        Plaintiff,
24    v.
25
   AMPRO TOOLS CORPORATION
26
                        Defendant.
27 _____

28

1   Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and
2   Development Trust ("Sorensen") hereby submits its opposition to an order relating
3   the above-captioned cases for the reasons set forth herein.

4   Pursuant to Civil L.R. 3-12(c), an action is related to another when (1) the
5   actions concern substantially the same parties, property, transaction or event; and (2)
6   it appears likely that there will be an unduly burdensome duplication of labor and
7   expense or conflicting results if the cases are conducted before different Judges.

8   *Sorensen v. First International Digital, Inc., et al*, Case No. 07-05525, does
9   not meet these criteria because the case does not have any overlapping defendants or
10  products accused of patent infringement with either of the other two cases, and
11  because a default judgment has already been entered in the case.

12  *Sorensen v. Digital Networks North America, Inc., et al*, Case No. 07-05568,
13  does not meet these criteria either because the case does not have any overlapping
14  defendants or products accused of patent infringement with either of the other two
15  cases.

16  *Sorensen v. Ampro Tools Corporation,* Case No. 08-00096, does not meet
17  these criteria because the case does not have any overlapping defendants or products
18  accused of patent infringement with either of the other two cases, and because
19  default has already been entered against the Defendant.

20

21  DATED this 31st day of March, 2008.

22

23  JENS ERIK SORENSEN, as Trustee of
    SORENSEN RESEARCH AND DEVELOPMENT
24  TRUST, Plaintiff

25  /s/ Melody A. Kramer

26  
    Melody A. Kramer, Esq.
27  J. Michael Kaler, Esq.
    Attorneys for Plaintiff
28

**Proof of Service**

I, Melody A. Kramer, declare:

I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121.

On March 31, 2008, I served the following documents:

**PLAINTIFF'S RESPONSE TO JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

on the parties to this action as follows:

First International Digital, Inc.
c/o Registered Agent for Service of Process
Shay-Ping T Wang
1701 Edgewood Lane
Long Grove, IL 60047

By FedEx. I deposited with the FedEx a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee.

I declare that the foregoing is true and correct, and this declaration was executed on March 31, 2008, in San Diego, California.

*/s/ Melody A. Kramer*
Melody A. Kramer, Esq.